[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 3, 2005
THOMAS  K. KAHN
CLERK**

No. 04-15208

D. C. Docket No.  03-03028 CV-ODE-1

MELVIN THIESSEN, JR.,

Plaintiff-Appellant,

versus

FORD MOTOR COMPANY,
UNITED AUTOMOBILE WORKERS OF AMERICA, LOCAL 882,
INTERNATIONAL UNION, UNITED AUTOMOBILE WORKERS
OF AMERICA,

Defendants-Appellees,

INTERNATIONAL UNION,

Defendant.

Appeal from the United States District Court
for the Northern District of Georgia

**(November 3, 2005)**

Before TJOFLAT and KRAVITCH, Circuit Judges, and LAWSON[*], District Judge.

PER CURIAM:

AFFIRMED. <u>See</u> 11th Cir. R. 36-1.[1]

---

*Honorable Hugh Lawson, United States District Judge for the Middle District of Georgia, sitting by designation.

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)  the evidence in support of a jury verdict is sufficient;

    (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.